# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COURTNEY HOLLIDAY,<br><br>    Plaintiff,<br><br> v.<br><br>GROUPME INC.,<br><br>    Defendant. | CASE NO. C18-609-MJP<br><br>MINUTE ORDER |

  The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the parties Stipulated Motion for a Stay. (Dkt. No. 19.) The Court finds that the parties have shown good cause for a stay, and hereby GRANTS the request.

  This action shall be stayed pending the Federal Communications Commission's resolution of proceedings related to the interpretation of the Telephone Consumer Protection Act, and all deadlines shall be vacated. As set forth in the parties' stipulation, the parties shall file a

joint status report with the Court every three months during the stay of this action, and shall notify the Court promptly once the proceedings are concluded.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 2, 2018.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk

MINUTE ORDER - 2