# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COURTNEY HOLLIDAY,<br><br>    Plaintiff,<br><br>v.<br><br>GROUPME INC,<br><br>    Defendant. | CASE NO. C18-609 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On April 15, 2021, the Parties filed a joint status report in which they stipulated to submitting by May 5 either a final joint status report, proposing a schedule for the remainder of the case, or a stipulation of dismissal. The Parties have submitted neither. The May 5 deadline is extended to May 17. If the Parties have not submitted a final joint status report or a stipulation of dismissal by then, the Court will dismiss this proceeding under Fed. R. Civ. P. 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed May 6, 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2