The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COURTNEY HOLLIDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GROUPME, INC., a Delaware corporation,<br><br>Defendant. | No. 2:18-cv-00609-MJP<br><br>STIPULATION OF VOLUNTARY DIMISSAL WITH PREJUDICE |

### STIPULATION OF VOLUNTARY DIMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff Courtney Holliday ("Plaintiff") and Defendant Springboard Acquisitions Corp., incorrectly sued as GroupMe, Inc. ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above entitled action hereby is and shall be voluntarily dismissed with prejudice as to the individual claims asserted by Plaintiff in this action and without prejudice as to the claims of the putative class. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

**COURTNEY HOLLIDAY**, individually and on behalf of all others similarly situated,

Date: May 17, 2021

By: */s/ Corrie J. Yackulic*
Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM LLC
110 Prefontaine Place South, #304

STIPULATION OF VOLUNTARY DISMISSAL
(2:18-cv-00609-MJP) - 1

CORRIE YACKULIC LAW FIRM LLC
110 Prefontaine Place South, #304
Seattle, WA 98104
206.787.1915 main · 206.299.9725 fax

Seattle, WA 98104
Tel:    (206) 787-1915
Fax:    (206) 299-9725
Email:  corrie@cjylaw.com

Benjamin H. Richman
(admitted *pro hac vice*)
Michael Ovca (admitted *pro hac vice*)
EDELSON PC
350 North LaSalle Street, Suite 1400
Chicago, IL 60654
Tel:    (312) 589-6370
Fax:    (312) 589-6378
Email:  brichman@edelson.com
          movca@edelson.com

*Attorneys for Plaintiff and the Putative Class*

**SPRINGBOARD ACQUISITIONS CORP.**

Dated: May 17, 2021

By:  /s/ *Kenneth E. Payson (with permission)*
Kenneth E. Payson, WSBA #26369
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel:    (206) 622-3150
Fax:    (206) 757-7700
Email:  kenpayson@dwt.com

Bryan A. Merryman (admitted *pro hac vice*)
J. Jonathan Hawk (admitted *pro hac vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel:    (213) 620-7700
Fax:    (213) 452-2329
Email:  bmerryman@whitecase.com
          jhawk@whitecase.com

*Attorneys for Defendant Springboard Acquisitions Corp., incorrectly sued as GroupMe, Inc.*

STIPULATION OF VOLUNTARY DISMISSAL
(2:18-cv-00609-MJP) - 2

CORRIE YACKULIC LAW FIRM LLC
110 Prefontaine Place South, #304
Seattle, WA 98104
206.787.1915 main · 206.299.9725 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2021, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 17th day of May, 2021.

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM LLC
110 Prefontaine Place South, #304
Seattle, WA 98104
Tel: (206) 787-1915
Fax: (206) 299-9725
Email: corrie@cjylaw.com

STIPULATION OF VOLUNTARY DISMISSAL
(2:18-cv-00609-MJP) - 3

CORRIE YACKULIC LAW FIRM LLC
110 Prefontaine Place South, #304
Seattle, WA 98104
206.787.1915 main · 206.299.9725 fax